IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-cv-00322 |
| Plaintiff, ) | |
| ) | Hon. John J. Tharp, Jr. |
| v. ) | |
| KATHLEEN SIMS-CRAWFORD and ) | |
| KSC BUSINESS SUPPORT SERVICES, INC., ) | |
| Defendants. ) | |

## PLAINTIFF UNITED STATES OF AMERICA'S
## MOTION FOR ENTRY OF JUDGMENT

Plaintiff United States of America moves for entry of judgment in favor of the United States on its claims for a permanent injunction under 26 U.S.C. §§ 7402, 7407, and 7408 against defendants Kathleen Sims-Crawford and KSC Business Support Services, Inc. ("KSC"). Undersigned counsel sent counsel for the defendants a copy of this motion and proposed judgment via email and asked, via that email message and a voicemail message, whether she would consent to this motion; counsel for the defendants did not respond. In support of this motion, the United States states as follows:

1. On January 17, 2017, the United States filed its complaint, seeking a permanent injunction under 26 U.S.C. §§ 7402, 7407, and 7408 against Kathleen Sims-Crawford and KSC. (Dkt. No. 1.)

2. The United States and Kathleen Sims-Crawford, individually and doing business as KSC, have entered a stipulation regarding entry of judgment. (Dkt. No. 58.) In this stipulation, Kathleen Sims-Crawford agreed that the Court has personal jurisdiction over her; waived the entry of findings of fact and conclusions of law under Federal Rules of Civil

Procedure 52 and 65; consented to the entry of a judgment of permanent injunction against her and KSC; and agreed to be bound by the terms of the injunction contained in the stipulation. In the stipulation, Kathleen Sims-Crawford agreed that entry of a permanent injunction against her, individually and doing business as KSC, is appropriate and necessary, and acknowledged her understanding that the permanent injunction will constitute the final judgment against her in the action and waived her right to appeal from that judgment. The stipulation resolves only the claims in this civil injunction action against Kathleen Sims-Crawford and KSC, and does not constitute an admission by Kathleen Sims-Crawford or preclude her from contesting her liability or guilt in any other matter or proceeding.

WHEREFORE, the plaintiff United States of America requests that this Court enter a judgment against defendants Kathleen Sims-Crawford and KSC in accordance with the proposed judgment submitted contemporaneously herewith via the Court's proposed order inbox.

Dated: September 7, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Lauren E. Hume*
LAUREN E. HUME
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-307-2279 (v)
202-514-5238 (f)
Lauren.E.Hume@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.  There are no parties that require conventional service.

                                            */s/ Lauren E. Hume*
                                            LAUREN E. HUME
                                            Trial Attorney
                                            United States Department of Justice, Tax Division